IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JERRY BLANEY,**  07-CV-223-HU

       Plaintiff,  ORDER

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

       Defendant.

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#22) on July 14, 2008, in which he recommended this Court grant Defendant's Motion to Dismiss (#15). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley*

1 - ORDER

*Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#22).  Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (#15) this matter.

IT IS SO ORDERED.

DATED this 21st day of August, 2008.


/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

2 - ORDER